STATE EX REL. COMR. OF INS. v. N.C. RATE BUREAU

No. 35P97

Case below: 124 N.C.App. 674

Petition by petitioner (NC Rate Bureau) for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

STEELY v. 4C'S FOOD SERVICES/FLAGSTAR

No. 101P97

Case below: 125 N.C.App. 214

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 May 1997.

STEVENS v. GAB BUSINESS SERVICES

No. 560P96

Case below: 124 N.C.App. 461

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

STORY v. CENTRAL CAROLINA CLEANING CORP.

No. 53P97

Case below: 125 N.C.App. 214

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

THARP v. SOUTHERN GABLES, INC.

No. 140P97

Case below: 125 N.C.App. 364

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.